UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

    Plaintiff,

v.                                         Case No. 3:15cv145/MCR/EMT

BILL NELSON et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 6, 2015. (ECF No. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's state law claims are **DISMISSED without prejudice**.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 12th day of November 2015.

                                               *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**